UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Kamelia Shaw, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Nelson G. Harris, Harris & Hilton, P.A., | ) | No. 5:12-CV-804-BR |
| *and all successors in interest of and for* | ) | |
| *Harris & Hilton, P.A.*, Stephen P. Stewart, | ) | |
| Anthony E. Flanagan, Talis Management, | ) | |
| *and all successors in interest of and for* | ) | |
| *Talis Management,* Parkway Unit Homeowners | ) | |
| Association, *and all successors in interest of* | ) | |
| *and for Parkway Unit Homeowners Association,* | ) | |
| Omega Association Management, | ) | |
| *and all successors in interest of and for Omega* | ) | |
| *Association Management*, Cara B. McNeill, | ) | |
| *Clerk of Superior Court,* State of North Carolina, | ) | |
| *and all other defendants whose identities* | ) | |
| *are unknown,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the State defendants' motion to dismiss (DE#14) is GRANTED. All of plaintiff's claims against McNeill and the State of North Carolina are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant Omega Association Management's motion to dismiss (DE#37) is GRANTED. Omega is DISMISSED from this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants Anthony E. Flanagan, Nelson G. Harris, Harris & Hilton, P.A., Parkway Unit Homeowners Association, Stephen P. Stewart and Talis Management's motion for summary judgment is GRANTED.

Judgment is entered in favor of defendants and this case is closed.

**This judgment filed and entered on June 20, 2014, and served on:**

Nelson G. Harris   (via CM/ECF Notice of Electronic Filing)
Lori Peoples Jones  (via CM/ECF Notice of Electronic Filing)
Grady L. Balentine , Jr.  (via CM/ECF Notice of Electronic Filing)
Kamelia Shaw (via US Mail at 450 Seventh Avenue, Suite 2307, New York, NY 10123)


June 20, 2014                                           /s/ Julie A. Richards,
                                                            Clerk of Court